UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Wendy M. Conklin,

                Plaintiff,

             -against-

Commissioner of Social Security,

                Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2020

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

19-cv-11935- (VEC)(KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

A telephonic Case Management Conference in this matter is hereby scheduled for **Thursday, September 10, 2020 at 10:30 a.m.**  Counsel for both parties are directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269; Access Code: 4858267**.

      SO ORDERED.

DATED:      New York, New York
                September 3, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge