**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WENDY M. CONKLIN,

                            Plaintiff,                          19 **CIVIL** 11935 (KHP)

            -v-                                                        <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
-----------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated September 17, 2020, that the decision of the

Commissioner of Social Security be, and hereby, is, reversed and remanded to the Commissioner

of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings. Upon remand, the Social Security Administration will provide notice to plaintiff (1)

giving her an opportunity to demonstrate to the ALJ that the facts of her case warrant another

hearing, and (2) that she may provide new evidence to the ALJ.

**Dated:**  New York, New York
            September 17, 2020

                                                        **RUBY J. KRAJICK**
                                            _____
                                                        **Clerk of Court**
                                    **BY:**
                                            _____
                                                        **Deputy Clerk**